

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

June 21, 2021

**VIA ECF**
Hon. Judge J. Peter Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    <u>Sanchez v. Perani, Inc.; Civil Action No. 1:21-cv-03808-JPC</u>

Dear Judge Cronan,

The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted to supplement Plaintiff's recently filed motion to file an Amended Complaint. The Court granted this request and ordered that the Amended Complaint be filed by June 15, 2021. Unfortunately, the deadline was calendared improperly and the Amended Complaint was filed the following day – on June 16th.

Plaintiff is requesting permission to refile the Amended Complaint forthwith.

Plaintiff's request is granted.  Plaintiff shall file the
Amended Complaint by June 28, 2021.

SO ORDERED.

Date: June 21, 2021

New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

<u>/s/ *Joseph H. Mizrahi*</u>
Joseph H. Mizrahi, Esq.