

MORRISTOWN NJ • NEW YORK NY • OCEAN CITY NJ • PRINCETON NJ
SAN JUAN PR • WESTBOROUGH MA • WILMINGTON DE

AHMED J. KASSIM
MEMBER, NY AND NJ BARS
DIRECT DIAL NO.: 646-348-6754
E-MAIL ADDRESS: ajkassim@pbnlaw.com

September 22, 2021

**VIA ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

    Re:  *Christian Sanchez v. Bob Perani Sport Shops, Inc.*
         Case No.   1:21-cv-3808 (JPC)

Dear Judge Cronan:

    This firm represents Defendant Bob Perani Sport Shops, Inc. in the above action. Please accept this correspondence as notice that the parties have reached a settlement. We expect the settlement to be finalized and the stipulation of dismissal filed within 30 days. Plaintiff's counsel consents to this filing.

    Should the Court have any questions we are available to address them at the Court's convenience.

    Respectfully submitted,

    s/*Ahmed J. Kassim*

    Ahmed J. Kassim

1675 BROADWAY, SUITE 1810
NEW YORK, NY 10019-5820
TELEPHONE (212) 265-6888
FAX (212) 957-3983
www.pbnlaw.com

6578977